ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY J. SPENCER (SBN 245180)
  KSpencer@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendant
DEPUY SPINE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM L. WELLS, JR. and JANICE WELLS,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY SPINE, INC.; DEPUY, INC.; JOHNSON & JOHNSON, and DOES 1 to 50<br><br>Defendants. | CASE NO. CV 10-03221-JFW (Ex)<br><br>[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE ORDER<br><br>*[Assigned to Hon. John F. Walter]*<br><br>*[Discovery to Magistrate Judge Charles F. Eick]*<br><br>Trial Date: 4/26/11<br>Pretrial Conference Date: 4/8/11 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After full consideration of the Stipulated Protective Order, which has been entered into and filed on behalf of all parties, and good cause appearing, it is hereby ordered that the Stipulated Protective Order is entered.

IT IS SO ORDERED.

DATED: Sept. 2, 2010

_____
THE HONORABLE CHARLES F. EICK